**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| IN RE: | ) | |
|     Richard Melvin Jordan, | ) | Case No. 12-41948-jwv13 |
|     Cellia Mae Jordan, | ) | |
| | ) | |
|     Debtors. | ) | |

**FIRST AMENDMENT TO CHAPTER 13 PLAN**

COMES NOW, the Debtors, by and through their attorney, Tracy L. Robinson, and amends their Chapter 13 Plan filed with the Court on or about May 14, 2012 to reflect the following:

1. The Plan payments are to increase to $985.00 per month commencing with the February 2013 payment and continuing for the remaining months in the Plan.

2. All other provisions of the original Chapter 13 Plan, as previously amended, if any, shall remain the same.

          Respectfully Submitted,

          /s/ Tracy L. Robinson
          Tracy L. Robinson  #36691
          1125 Grand Blvd., Suite 1300
          Kansas City, MO  64106
          Phone:   (816) 842-1317
          Fax:       (816) 842-0315
          Email:    admin@tlrlaw.com
          Attorney for the Debtors

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Debtors' Amended Chapter 13 Plan will be served, in addition to the parties notified by US Bankruptcy Court's electronic notification system, upon the affected creditors and other parties in interest via U.S. First Class Mail, postage prepaid, this 24th day of January 2013.

Richard Melvin Jordan
Cellia Mae Jordan
3001 E. 36th Street
Kansas City, MO  64128

          /s/ Tracy L. Robinson
          Tracy L. Robinson  #36691